# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATHER MCCARROLL, | CIVIL ACTION |
| Plaintiff, | 3:24-CV-00522-MEM |
| v. | |
| WESTGUARD INSURANCE COMPANY | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Tanya A. Salgado, Esquire, hereby certify that I caused to be served a true and correct copy of the foregoing Answer and Affirmative Defenses to Plaintiff's First Amended Complaint by means of the electronic filing system of the United States District Court Eastern District of Pennsylvania upon the following counsel of record:

Andrew R. Olcese, Esquire
Samantha Pankey Martin, Esquire
Karpf, Karpf, & Cerutti
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053

**WHITE AND WILLIAMS LLP**

/s/ Tanya A. Salgado
Tanya A. Salgado

Dated: July 2, 2024

33080747v.1